**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

THE MINISTRY OF DEFENSE AND
SUPPORT FOR THE ARMED FORCES OF
THE ISLAMIC REPUBLIC OF IRAN, as
Successor in Interest to the
Ministry of War of the
Government of Iran,
                *Plaintiff-Appellant,*

                v.

DARIUSH ELAHI,
                *Intervenor-Appellee.*

No. 03-55015

D.C. No.
CV-98-01165-RMB
Southern District of
California,
San Diego

ORDER

On Remand from the United States Supreme Court

Filed June 23, 2009

Before: Betty B. Fletcher, Kim McLane Wardlaw and
Raymond C. Fisher, Circuit Judges.

## COUNSEL

David J. Bederman, Law Office of David J. Bederman, Esq.,
Atlanta, Georgia (argued), Anthony J. Van Patten, Anthony J.
Van Patten, Inc., Glendale, California, Mina Almassi, Los
Altos, California, for the plaintiff-appellant.

Jonathan R. Mook, DiMuroGinsberg, P.C., Alexandria, Vir-
ginia (argued), Philip J. Hirschkop, Hirschkop & Assoc., P.C.,
Alexandria, Virginia, for the intervenor-appellee.

Lewis S. Yelin, Dept. of Justice, Civil Division, Washington,
D.C. (argued), Peter D. Keisler, Assistant Attorney General,

Carol C. Lam, United States Attorney, Douglas N. Letter, Appellate Litigation Counsel, for United States as Amicus Curiae.

---

## **ORDER**

We remand to the district court to comply with the United States Supreme Court's decision in *Ministry of Defense and Support for the Armed Forces of the Islamic Republic of Iran v. Elahi*, ___ U.S. ___, 129 S. Ct. 1732 (2009).

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.